## STATE V. MORGAN.

(Decided July 3, 1908.)

APPEAL from order of Chancellor.

Heard before Hon. L. D. GARDNER.

ALEXANDER M. GARBER, Attorney General, and CHARLES R. BRICKEN, for the State. FRANK B. BRICKEN, and W. L. PARKS, for appellee.

Per curiam. Order granting bail affirmed.

---

## TAYLOR V. THE STATE.

(Decided June 30, 1908.)

APPEAL from Elmore Circuit Court.

Heard before Hon. W. W. PEARSON.

FRANK W. LULL, for appellant. ALEXANDER M. GARBER, Attorney General, for the State.

ANDERSON, J. The judgment was rendered at a time not authorized by law, and will not support an appeal. Dismissed.

TYSON, C. J., DOWDELL and MCCLELLAN, JJ., concur.